```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALFREADY DAY, SR.,              :    CONSOLIDATED UNDER
                                :    MDL 875
     Plaintiff,                 :
                                :
                                :
     v.                         :
                                :
                                :
A-C PRODUCT LIABILITY TRUST,    :
et al.,                         :
                                :    E.D. Pa. Civil Action No.
     Defendants.                :    2:11-cv-30340-ER
```

**O R D E R**

**AND NOW**, this **26th** day of **October, 2015**, upon consideration of the Motion for Summary Judgment (Judicial Estoppel) of Thompson Hine Shipowner Defendants'[1] (ECF No. 58), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion is:

(1) **DENIED** as to the arguments related to judicial estoppel; and

(2) **DENIED** as to the arguments related to the real party in interest/standing.

---

[1] These Defendants are: (1) Alcoa Steamship Company, Inc., (2) Mathiasen's Tanker Industries, Inc., (3) Trinidad Corporation, (4) Delta Line, Inc., (5) Delta Steamship Lines, Inc., (6) Maritime Overseas Corporation, (7) Sea-Land Service Inc., (8) Waterman Steamship Corporation, (9) Ocean Carriers Corp., and (10) Willamette Transport. (ECF No. 58-1.)

It is **FURTHER ORDERED,** in accordance with the accompanying memorandum, that the Clerk of this Court shall (a) make a copy of this order and the accompanying memorandum and have said copy filed on the docket of Plaintiff's bankruptcy case in the Bankruptcy Court for the Southern District of Alabama (No. 05-bk-11336-WSS); (b) ascertain the identity of the Chapter 13 standing trustee; and (c) have served upon the trustee a copy of said order and memorandum at his/her last known address.

**AND IT IS SO ORDERED.**

<u>s/ Eduardo Robreno</u>
**EDUARDO C. ROBRENO,   J.**